UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD KING,**<br><br>                    **PLAINTIFF,**<br>**V.**<br><br>**MCCALLA RAYMER, LLC**<br><br>                    **DEFENDANT.** | Case No: 2:13-cv-01304-MCE-AC<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. MORRISON C. ENGLAND, JR. |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  December 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT